Fifth Circuit denied. *Mr. Oscar O'Neill Touchstone* for petitioner. *Mr. Francis M. Etheridge, Mr. Joseph M. McCormick* and *Mr. Snowden M. Leftwich* for respondent.

---

No. 905. PUGET SOUND POWER & LIGHT COMPANY *v.* CITY OF SEATTLE ET AL. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frederic D. McKenney* and *Mr. James B. Howe* for petitioner. *Mr. Walter B. Beals* and *Mr. Robert H. Evans* for respondents.

---

No. 908. M. McGIRR'S SONS COMPANY *v.* PENNSYLVANIA RAILROAD COMPANY ET AL. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Vance Hewitt* for petitioner. *Mr. Chauncey I. Clark* for respondents.

---

No. 909. HARLEY-DAVIDSON MOTOR COMPANY ET AL. *v.* ECLIPSE MACHINE COMPANY ET AL. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Melville Church, Mr. William S. Hodges* and *Mr. Edwin B. H. Tower, Jr.,* for petitioners. *Mr. Charles L. Sturtevant* and *Mr. Archibald Cox* for respondents.

---

No. 913. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* ROBERT B. CALDWELL. April 16, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. Homer Hall, Mr. A. A. McLaughlin* and *Mr. N. S. Brown* for petitioner. *Mr. John G. Parkinson* for respondent.